UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL WENGER, CHERYL WENGER, RICHARD FELSCH III, and JAMES WOODARD as Guardian ad Litem for T.W., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF WASHINGTON, et. al,<br><br>Defendants. | NO. CV-11-222-JLQ<br><br>ORDER RE: NOTICE OF SETTLEMENT |

The parties have informed the court that this matter has been resolved and have filed a Notice of Settlement (ECF No. 152) subject to the court's approval of the minor, T.W.'s, settlement. Accordingly,

**IT IS HEREBY ORDERED:**

1. The three pending Motions for Partial Summary Judgment (ECF No. 55, 61, and 80) are **STAYED** and will be denied as moot if the terms of the settlement are approved.

2. Plaintiffs shall file a Petition for Approval of Minor Settlement supported by the report of Guardian Ad Litem James Woodard as required by Local Rule 17.1. The Petition for Approval shall be filed by **October 24, 2012.** The Petition for Approval may be filed under seal.

3. If necessary, a hearing will be set upon further Order of the court.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 2nd day of October, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1