UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL WENGER, CHERYL WENGER, RICHARD FELSCH III, and JAMES WOODARD as Guardian ad Litem for T.W., a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STATE OF WASHINGTON, et. al,<br><br>  Defendants. | NO. CV-11-222-JLQ<br><br>STIPULATED JUDGMENT FOR T. W., A MINOR |

## I. JUDGMENT SUMMARY

Judgment Creditor(s):   T.W.

Judgment Creditor(s)' Attorney(s):   Allen M. Ressler and Timothy R. Tesh

Judgment Debtor:  State of Washington

Judgment Amount: $1,600,000.00

Pre-Judgment Interest:   $0.00

Post-Judgment Interest:   $0.00

Taxable Costs and Attorney Fees:    $0.00

## II. FINDINGS, CONCLUSIONS AND ORDER

THIS MATTER came regularly on before the undersigned judge of the above-entitled Court, for Plaintiff T.W. acting by and through his duly appointed settlement guardian ad litem James Woodward, and Allen M. Ressler and Timothy R. Tesh of Ressler & Tesh, PLLC, his attorneys. The Defendants, State of Washington, and its Department of Social and Health Services, appeared by and through Robert M. McKenna, Attorney General, and Carl P. Warring, Assistant Attorney General.

These parties have entered into a stipulation pursuant to RCW 4.92.150, without

JUDGMENT - 1

any admissions of liability, settling and compromising this action against Defendant State of Washington and allowing for dismissal of this action with prejudice against Defendant Edith Vance (a copy of the Agreement is on file herein and incorporated herein by reference). It appearing to the Court, after a review of the Agreement and the files and records herein, that the sum of One Million Six Hundred Thousand and No/100 Dollars ($1,600,000.00) is a proper and just settlement to be paid by the Defendant State of Washington to the Plaintiff.

IT IS HEREBY ORDERED that the Settlement Agreement is reasonable, and approved by the Court, and the Plaintiff T. W., a minor, shall have judgment against the Defendant State of Washington, Department of Social and Health Services for the total sum of One Million Six Hundred Thousand and No/100 Dollars ($1,600,000.00) to be paid in accordance with the Order Approving Minor Settlement - ECF No. 162, a copy of which is incorporated herein by reference.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims against Defendant Edith Vance are dismissed with prejudice and without any award of costs or fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any liens, subrogated interests, or outstanding medical bills of which Plaintiff's counsel has actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and Defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that neither party shall recover against any other party their fees, costs, or interest herein.

DONE IN OPEN COURT this 27th day of November, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE
