UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL WENGER, CHERYL WENGER, RICHARD FELSCH III, and JAMES WOODARD as Guardian ad Litem for T.W., a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>STATE OF WASHINGTON, et. al,<br><br>    Defendants. | NO. CV-11-222-JLQ<br><br>STIPULATED JUDGMENT FOR CHERYL WENGER |

## 1. JUDGMENT SUMMARY

Judgment Creditor(s): Cheryl Wenger

Judgment Creditor(s)' Attorney(s): Allen M. Ressler and Timothy R. Tesh

Judgment Debtor: State of Washington

Judgment Amount: $1,000,000.00

Pre-Judgment Interest: $0.00

Post-Judgment Interest: $0.00

Taxable Costs and Attorney Fees: $0.00

JUDGMENT - 1

## 2. FINDINGS, CONCLUSIONS AND ORDER

THIS MATTER came regularly on before the undersigned judge of the above-entitled Court. Plaintiff Cheryl Wenger appeared by and through her attorneys Allen M. Ressler and Timothy R. Tesh of Ressler & Tesh, PLLC,. The Defendants, State of Washington, and its Department of Social and Health Services, appeared by and through Robert M. McKenna, Attorney General, and Carl P. Warring, Assistant Attorney General.

These parties have made a stipulation pursuant to RCW 4.92.150, without any admissions of liability, settling and compromising this action against Defendant State of Washington and allowing for dismissal of this action with prejudice against Defendant Edith Vance (a copy of the Agreement is on file herein and incorporated herein by reference). It appearing to the Court, after a review of the Agreement and the files and records herein, that the sum of One Million and No/100 Dollars ($1,000,000.00) is the settlement to be paid by the Defendant State of Washington to the Plaintiff Cheryl Wenger. The parties agree that sum is reasonable.

IT IS HEREBY ORDERED that the Settlement Agreement is approved by the Court, and that the Plaintiff Cheryl Wenger shall have judgment against the Defendant State of Washington, Department of Social and Health Services for the total sum of One Million and No/100 Dollars ($1,000,000.00) to be paid in accordance with the Release and Settlement Agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims against Defendant Edith Vance are dismissed with prejudice and without any award of costs or fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any liens, subrogated interests, or outstanding medical bills of which Plaintiff's counsel has actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and Defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that neither party shall recover against any other party their respective fees, costs, or interest herein.

DONE IN OPEN COURT this 27th day of November, 2012.

<u>s/ Justin L. Quackenbush</u>
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

JUDGMENT - 3